# Court of Appeals
# of the State of Georgia

ATLANTA,  May 12, 2023

*The Court of Appeals hereby passes the following order:*

### A23A1290. PAMELA STONER-GAY v. CREDIT CORP. SOLUTIONS, INC. AS ASSIGNEE OF GE CAPITAL RETAIL BANK.

Acting as the assignee of GE Capital Retail Bank, Credit Corp. Solutions, Inc. sued Pamela Stoner-Gay to recover amounts owed on a credit account. The parties subsequently entered a consent judgment which required Stoner-Gay to make monthly payments on the debt. After Stoner-Gay failed to make the required payments, Credit Corp. Solutions exercised its rights under the consent agreement and obtained a judgment against Stoner-Gay for $1,199.48. Stoner-Gay then filed this direct appeal. We, however, lack jurisdiction.

A party seeking to appeal an award of damages in an amount less than $10,000 must file an application for a discretionary appeal. OCGA § 5-6-35 (a) (6); *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 491-492 (810 SE2d 653) (2018). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Thus, Stoner-Gay's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,__05/12/2023_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*